UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-00463-D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| LAEQUAN CRISHAWN SELLERS | |

On motion of the Defendant, LaeQuan Sellers, and for good cause shown, it is hereby ORDERED that docket entry number 38 be sealed until further notice by this Court.

IT IS SO ORDERED.

This 16 day of September, 2020.

Dever
JAMES C. DEVER III
United States District Judge