IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CR-00463-D

UNITED STATES OF AMERICA :
:
v. :
:
LAEQUAN CHRISHAWN SELLERS :

**FINAL ORDER OF FORFEITURE**

WHEREAS, on October 19, 2020, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a) and 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), based upon the defendant pleading guilty to 21 U.S.C. § 841(a)(1), 18 U.S.C. §§ 922(g) and 924, and 18 U.S.C. § 924(c)(1)(A)(i), preliminarily forfeiting to the United States the following property:

   a) One (1) Taurus G2C 9mm handgun with serial number TLN45010;

   b) Any associated ammunition; and

   c) $34,803.00 in United States Currency;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between February 20, 2021 and Mach 21, 2021, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to the petition the court within sixty (60) days

1

from the first day of publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject property described in this Court's October 19, 2020 Preliminary Order of Forfeiture;

It is HEREBY ORDERED, ADJUDGED, and DECREED:

1. That the subject personal property listed in the October 19, 2020 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Marshals Service and/or the Bureau of Alcohol, Tobacco, Firearms and Explosives is directed to dispose of the property according to law, including destruction.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

SO ORDERED this 9 day of February 2022.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

2

Case 5:19-cr-00463-D   Document 60   Filed 02/09/22   Page 2 of 2