IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-463-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )     **ORDER** |
| | ) |
| LAEQUAN CHRISTIAN SELLERS, | ) |
| | ) |
| Defendant. | ) |

Not later than November 17, 2023, the United States shall respond to defendant's motion to reduce sentence [D.E. 62].

SO ORDERED. This 23 day of October, 2023.

*/s/ James C. Dever III*
JAMES C. DEVER III
United States District Judge